

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

May 23, 1977

Wm. Richard Knight, Jr., D.D.S.           Opinion No. H-998
Texas State Board of Dental
   Examiners                              Re:  Power of the State Board
2101 Mac Arthur Blvd., #110               of Dental Examiners to termi-
Irving, Texas 75061                       nate and remove a member of
                                          the Dental Laboratory Advisory
                                          Board.

Dear Doctor Knight:

     On behalf of the Texas State Board of Dental Examiners
you have asked:

> Does the Texas State Board of Dental
> Examiners have the power to terminate
> and remove a member of the Dental Lab-
> oratory Advisory Board who was previously
> appointed by [the Texas State Board of
> Dental Examiners], and, if so, under
> what circumstances?

The pertinent portion of article 4551f(6), V.T.C.S., reads:

> (b) There is hereby created the Dental
> Laboratory Advisory Board which shall be
> composed of six members appointed by the
> Texas State Board of Dental Examiners from
> the dental laboratory owners or managers
> and dental technicians registered with the
> Board, four of whom shall be dental labo-
> ratory owners or managers and two of whom
> shall be dental laboratory technicians who
> are not dental laboratory owners or managers.
> The members of the Dental Laboratory Advis-
> ory Board shall serve six (6) year staggered
> terms and of the first members appointed to
> such Board, two shall serve for two (2)
> years, two shall serve for four (4) years
> and two shall serve for six (6) years; the
> length of each term of those initially ap-

> pointed shall be designated by the Texas
> State Board of Dental Examiners at the time
> of appointment. The Dental Laboratory Advis-
> ory Board shall advise the Texas State Board
> of Dental Examiners on all matters concerning
> dental laboratories and dental technicians. . . .

Plainly, the statute contemplates that members of the Dental Laboratory Advisory Board shall serve for staggered terms of a fixed duration. Members of the Dental Laboratory Advisory Board are civil officers. Attorney General Opinion H-877 (1976); Letter Advisory No. 63 (1973). Also, they are members of a state board within the meaning of section 30a, article 16 of the Texas Constitution authorizing such terms. See Attorney General Opinion M-505 (1969). Cf. Lower Colorado River Authority v. McCraw, 83 S.W.2d 629 (Tex. 1935); Attorney General Opinion M-136 (1967).

Inasmuch as article 4551f(6) fixes the terms during which members of the Dental Laboratory Advisory Board are to serve, they may not be removed by the Board of Dental Examiners. See Dorenfield v. State, 73 S.W.2d 83 (Tex. 1934). Cf. Attorney General Opinion H-955 (1977). We need not reach the subsidiary question. See generally Attorney General Opinions H-790 (1976); H-648 (1975); H-534 (1975); H-253 (1974); H-226 (1974).

### S U M M A R Y

> The Texas State Board of Dental Examiners
> does not have the power to terminate and
> remove a previously appointed member of
> the Dental Laboratory Advisory Board.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

Wm. Richard Knight, Jr., D.D.S. - page 3   (H-998)


C. ROBERT HEATH, Chairman
Opinion Committee

kml